1  NATALIE A. PIERCE, Bar No. 191342
   LITTLER MENDELSON, P.C.
2  333 Bush Street, 34th Floor
   San Francisco, CA  94104
3  Telephone:    415.433.1940
   Fax No.:      415.399.8490
4
   BARBARA A. BLACKBURN, Bar No. 253731
5  BRITNEY N. TORRES, Bar No. 287019
   LITTLER MENDELSON, P.C.
6  500 Capitol Mall, Suite 2000
   Sacramento, CA 95814
7  Telephone:    916.830.7200
   Fax No.:      916.561.0828
8
   Attorneys for Defendant
9  NATIONWIDE MUTUAL INSURANCE
   COMPANY
10
   ROBIN G. WORKMAN, Bar No. 145810
11 WORKMAN LAW FIRM, P.C.
   177 Post Street, Suite 900
12 San Francisco, CA  94108
   Telephone:    415.782.3660
13 Facsimile:    415.788.1028

14 Attorneys for Plaintiff
   DENE STARKS, on behalf of herself and all
15 others similarly situated

16
                    UNITED STATES DISTRICT COURT
17
                    EASTERN DISTRICT OF CALIFORNIA
18

19 DENE STARKS, on behalf of herself, and         Case No.  2:16-cv-02638-JAM-KJN
   all others similarly situated,
                                                  STIPULATION AND ORDER TO CONTINUE
20              Plaintiff,                        HEARING DATE

21       v.                                       Current Date:    January 10, 2017
                                                  Proposed Date:   February 7, 2017
22 NATIONWIDE MUTUAL INSURANCE
   COMPANY, and Does 1 through 50,                Time:            1:30 p.m.
23 inclusive,                                     Ctrm.:           6, 14th Floor
                                                  Judge:           John A. Mendez
24              Defendant.

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Firmwide:144599638.1 050511.1182                                     Case No. 2:16-cv-02638-JAM-KJN

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE

1  Pursuant to Local Rule 230(f), Defendant NATIONWIDE MUTUAL INSURANCE
2  COMPANY ("Defendant") and Plaintiff DENE STARKS ("Plaintiff"), through their attorneys of
3  record, hereby stipulate as follows:

4  It is hereby stipulated by and between the parties that the hearing on Defendant's
5  Motion to Dismiss and Plaintiff's Motion for Remand currently on calendar for January 10, 2017 be
6  continued to February 7, 2017.  The parties further stipulate that the deadlines to file any
7  oppositions, non-oppositions, reply briefs, and related or counter-motions be continued with the new
8  hearing date pursuant to Local Rule 230.

**IT IS SO STIPULTED.**

Dated: December 22, 2016

*/s/ Robin G. Workman* (authorized on 12/21/16)
ROBIN G. WORKMAN
Workman Law Firm, PC
Attorneys for Plaintiff
DENE STARKS, on behalf of herself, and all others similarly situated

Dated: December 22, 2016

*/s/ Barbara A. Blackburn*
NATALIE A. PIERCE
BARBARA A. BLACKBURN
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated:  December 22, 2016        /s/ JOHN A. MENDEZ
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Firmwide:144599638.1 050511.1182         2.         Case No.  2:16-cv-02638-JAM-KJN
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE