NATALIE A. PIERCE, Bar No. 191342
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:   415.433.1940
Fax No.:       415.399.8490

BARBARA A. BLACKBURN, Bar No. 253731
BRITNEY N. TORRES, Bar No. 287019
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone:   916.830.7200
Fax No.:       916.561.0828

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

ROBIN G. WORKMAN, Bar No. 145810
WORKMAN LAW FIRM, P.C.
177 Post Street, Suite 900
San Francisco, CA  94108
Telephone:   415.782.3660
Facsimile:    415.788.1028

Attorneys for Plaintiff
DENE STARKS, on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENE STARKS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendant. | Case No.  2:16-cv-02638-JAM-KJN<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINE FOR JOINT STATUS REPORT |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Firmwide:144723673.1 050511.1182

Case No. 2:16-cv-02638-JAM-KJN

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR JOINT STATUS REPORT

Pursuant to Local Rule 143, Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant") and Plaintiff DENE STARKS ("Plaintiff"), through their attorneys of record, hereby stipulate as follows:

It is hereby stipulated by and between the parties that the deadline to file the parties' Joint Status Report and discovery plan, currently due on January 3, 2017, be continued to after a ruling is made on Defendant's Motion to Dismiss and Plaintiff's Motion for Remand which are set for hearing on February 7, 2017. The new deadline shall be set on to date selected by the Court that is after the Court issues its orders on Defendant's Motion to Dismiss and Plaintiff's Motion for Remand.

**IT IS SO STIPULATED.**

Dated: January 3, 2017

*/s/ Robin G. Workman* (authorized on 1/1/17)
ROBIN G. WORKMAN
Workman Law Firm, PC
Attorneys for Plaintiff
DENE STARKS, on behalf of herself, and all others similarly situated

Dated: January 3, 2017

*/s/ Barbara A. Blackburn*
NATALIE A. PIERCE
BARBARA A. BLACKBURN
BRITNEY N. TORRES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:144723673.1 050511.1182

2.   Case No. 2:16-cv-02638-JAM-KJN
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR JOINT STATUS REPORT

1 **IT IS SO ORDERED.**

Dated: 1/3/2017   /s/ John A. Mendez  _____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

3.   Case No.  2:16-cv-02638-JAM-KJN
Firmwide:144723673.1 050511.1182
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR JOINT STATUS REPORT