1  JAMES J. OH, (Admitted Pro Hac Vice)
   LITTLER MENDELSON, P.C.
2  321 North Clark Street, Suite 1000
   Chicago, IL 60654
3  Telephone:   (312) 372-5520
   Fax No.:     (312) 372-7880
4
   NATALIE A. PIERCE, Bar No. 191342
5  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
6  San Francisco, CA 94104
   Telephone:   415.433.1940
7  Fax No.:     415.399.8490

8  BARBARA A. BLACKBURN, Bar No. 253731
   BRITNEY N. TORRES, Bar No. 287019
9  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
10 Sacramento, CA 95814
   Telephone:   916.830.7200
11 Fax No.:     916.561.0828

12 Attorneys for Defendant
   NATIONWIDE MUTUAL INSURANCE
13 COMPANY

14
15                         UNITED STATES DISTRICT COURT
16                         EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENE STARKS, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:16-cv-02638-JAM-KJN<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND<br><br>Date:   February 7, 2017<br>Time:   1:30 p.m.<br>Ctrm.:  6, 14th Floor<br>Judge:  Hon. John A. Mendez |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:145955719.1 092236.1001                                Case No. 2:16-cv-02638-JAM-KJN

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND

Plaintiff Dene Starks's ("Plaintiff") Motion to Remand (Docket No. 5) came on for hearing before the Honorable John A. Mendez in this Court on February 7, 2017. The court reporter's transcript of that hearing, which contains the parties' oral argument and the Court's ruling, is incorporated herein by reference. Defendant Nationwide Mutual Insurance Company ("Defendant") appeared through its counsel, James Oh and Barbara Blackburn. Plaintiff appeared through her counsel Robin Workman.

Having carefully considered the moving and opposition papers, the arguments of counsel, and relevant legal authority, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Court finds that Defendant has not demonstrated by a preponderance of the evidence that the amount in controversy exceeds $5,000,000, exclusive of interest and costs. As such, the Court lacks jurisdiction under 28 U.S.C. § 1332(d). The matter is hereby remanded back to the Superior Court for the County of Sacramento.

The Court did not rule on Defendant's Motion to Dismiss (Docket No. 4), which is moot after the ruling on Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

Dated: February 27, 2017

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE